

*Attorneys at Law*
45 BROADWAY, 28TH FLOOR, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

July 7, 2025

**Via ECF**
The Honorable Denise L. Cote, U.S. District Judge
United States District Court Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

Re:   ***Paul Gallo v. Systal Technology Solutions*, Case No. 25-cv-01122**

Your Honor:

Our firm represents Plaintiff Paul Gallo in the above-referenced action. We write with the consent of Defendant to respectfully request an adjournment of the Initial Pretrial Conference scheduled for July 10, 2025, at 11 AM. This is Plaintiff's first request to adjourn the Initial Pretrial Conference.

The parties participated in a mediation with mediator Rene Hollyer on June 12, 2025. Subsequently, the parties had a follow-up mediation conference with Mr. Hollyer on June 20, 2025. The parties are making good faith efforts to explore an early resolution and have scheduled another mediation conference with Mr. Hollyer on July 16, 2025. For this reason, we respectfully request an adjournment of the Initial Pretrial Conference scheduled on July 10, 2025, until after the July 16, 2025 mediation conference. The parties are available for the Initial Pretrial Conference on any Friday in the month of August except for August 15, 2025.

Thank you for your assistance in this matter.

*[Handwritten: The conference is adjourned to July 25 at 11:00 a.m.]*

*[Handwritten signature: Denise Cote 7/7/25]*

Sincerely,

*[Signature]*

Jonathan Trinidad-Lira, Esq.
*Attorneys for Plaintiff*
Phillips & Associates
45 Broadway, 28th Floor
New York, New York 10006
T: (212) 248-7431
jtrinidadlira@tpglaws.com